UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| RHONDA WILLIAMS; et al., | Case No.: 1:18-cv-00268-DAD-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATION AND AMENDING MAY 8, 2018 SCHEDULING ORDER |
| vs. | |
| STATE CENTER COMMUNITY COLLEGE DISTRICT, | (ECF No. 9) |
| Defendant. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT the May 8, 2018 scheduling order is amended as follows:

1. The time for the parties to exchange initial disclosures is extended fourteen (14) days after Defendant's answer or responsive pleading is filed; and

2. The parties shall file a stipulation for Plaintiffs to file an amended complaint, setting the deadline for Defendant's answer, and setting an exact date for the Rule 26 Disclosures based on these dates.

IT IS SO ORDERED.

Dated: **June 6, 2018**

UNITED STATES MAGISTRATE JUDGE

Page 1