# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE CENTER COMMUNITY COLLEGE DISTRICT, <br><br> Defendant. | Case No. 1:18-cv-00268-DAD-SAB <br><br> ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT <br><br> (ECF No. 12) |

This action was removed from Fresno County Superior Court on February 23, 2018. On June 27, 2018, the parties filed a stipulation for Plaintiffs to file a first amended complaint.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiffs are granted leave to file their first amended complaint;
2. Plaintiffs shall file the first amended complaint within two (2) days of service of this order;
3. Defendant shall file an answer to the first amended complaint no later than thirty-five (35) days after the first amended complaint is filed; and
4. The parties shall serve their Rule 26 disclosures within fourteen (14) days of the date Defendant files its answer.

IT IS SO ORDERED.

Dated: **June 29, 2018**

UNITED STATES MAGISTRATE JUDGE

1