# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA WILLIAMS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>STATE CENTER COMMUNITY COLLEGE DISTRICT,<br><br>　　　　Defendant. | Case No. 1:18-cv-00268-SAB<br><br>ORDER RE STIPULATION OF DISMISSAL AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 31) |

On September 26, 2019, the parties filed a stipulation dismissing this action with prejudice. (ECF No. 22.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorney's fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **September 27, 2019**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1